1    ROSEMARY M. RIVAS (SBN 209147)
     **LEVI & KORSINSKY LLP**
2    44 Montgomery Street, Suite 650
     San Francisco, CA 94104
3    Telephone: (415) 291-2420
     Facsimile: (415) 484-1294
4    Email: rrivas@zlk.com

5    *Attorney for Plaintiff Marc Chicorel*

6    [Additional Counsel listed on signature block.]

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                          OAKLAND DIVISION
10

11   MARC CHICOREL, on behalf of himself        Case No. 4:17-cv-00901-HSG
     and all others similarly situated,
12                                               **PLAINTIFF'S NOTICE OF
                    Plaintiff,                   VOLUNTARY DISMISSAL OF THE
13                                               ACTION**
          v.
14
     INVENSENSE, INC., BEHROOZ ABDI,
15   AMIR FAINTUCH, USAMA FAYYAD,
     EMIKO HIGASHI, JON OLSON, AMIT
16   SHAH, ERIC STANG, and YUNBEI YU,

17                  Defendants.

18

19         Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Marc Chicorel hereby notices the

20   voluntary dismissal of this action.

21   Dated:  May 18, 2017                        **LEVI & KORSINSKY LLP**

22
                                                 By: _____/s/ *Rosemary M. Rivas*_____
23                                                   Rosemary M. Rivas
                                                     44 Montgomery Street, Suite 650
24                                                   San Francisco, CA 94111
                                                     Tel: (415) 291-2420
25                                                   Fax: (415) 484-1294

26

27

28

                                         1

1

2

Donald J. Enright (to be admitted *pro hac vice*)
Elizabeth K. Tripodi (to be admitted *pro hac vice*)
LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: denright@zlk.com

*Counsel for Plaintiff Marc Chicorel*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION          Case No.: 4:17-cv-00901-HSG